IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LORRINE ADAMORE<br>(Dallas Cty. Jail Bookin No. 17016593),<br><br>Petitioner,<br><br>V.<br><br>DALLAS COUNTY SHERIFF OFFICE,<br><br>Respondent. | § § § § § § § § § § § | No. 3:17-cv-1077-N |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 3rd day of August, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE